Timothy E. Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Petitioner,
ALFRED LEE GRAYSON

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LEE GRAYSON, ) | No. Civ. S-03-1694 MCE KJM P |
| ) | |
| Petitioner, ) | STIPULATION AND |
| ) | ORDER FOR MODIFICATION OF |
| v. ) | BRIEFING SCHEDULE |
| ) | |
| TOM L. CAREY, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

     This matter is in the District Court after remand from the Ninth Circuit. Pursuant to the remand order, the court is to consider the issue of procedural default, and if there is no procedural default, is to evaluate the confrontation clause claim pursuant to *Ohio* v. *Roberts*, 448 U.S. 56 (1980).

     The parties have previously stipulated to a briefing schedule. However, counsel for petitioner was in trial for almost the entire first six months of 2009, and is requesting additional time to submit briefing. In light thereof, the parties have stipulated to the modification of the briefing schedule. To afford counsel additional time needed to research and brief this matter, the parties hereby stipulate and agree that the court adopt the following briefing schedule concerning the procedural default issue and the application of *Ohio* v. *Roberts*: petitioner's points and authorities will be due **August 31, 2009**, respondent's points and authorities will be due **September 30, 2009**, and petitioner's reply will be due on **October 30, 2009.**

1

DATED: August 10, 2009             s/ Tim Warriner, Attorney for Petitioner,
                                    ALFRED LEE GRAYSON

DATED: August 10, 2009              s/ Janis McLean, Deputy Attorney General,

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that petitioner's points and authorities will be due August 31, 2009, respondent's points and authorities will be due September 30, 2009, and petitioner's reply will be due on October 30, 2009.

DATED: August 13, 2009.

_____
U.S. MAGISTRATE JUDGE

2