1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Petitioner,
5  ALFRED LEE GRAYSON

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                  EASTERN DISTRICT OF CALIFORNIA

9
   ALFRED LEE GRAYSON,              )    No. Civ. S-03-1694 MCE KJM
10                                  )
           Petitioner,              )    STIPULATION AND ORDER
11                                  )    FOR MODIFICATION OF
       v.                           )    BRIEFING SCHEDULE
12                                  )
   TOM L. CAREY, Warden,            )
13                                  )
           Respondent.              )
14 _____)

15     This matter is in the District Court after remand from the Ninth Circuit. Pursuant to the

16 remand order, the court is to consider the issue of procedural default, and if there is no

17 procedural default, is to evaluate the confrontation clause claim pursuant to *Ohio* v. *Roberts*, 448

18 U.S. 56 (1980).

19     The parties have previously stipulated to a briefing schedule. Petitioner's counsel has

20 continued to work diligently to complete the briefing in this case, and has made substantial

21 progress toward completion of the work. However, due to the complexity of the issues, and

22 counsel's obligations toward completion of the opening brief in People v. In re Brian R. (5th Dist.

23 No. F57971), and preparation for a preliminary hearing in People v. Ayob (Stanislaus County),

24 counsel for petitioner needs an additional extension of time. In light thereof, the parties have

25 stipulated to the modification of the briefing schedule. To afford counsel additional time needed

26 to research and brief this matter, the parties hereby stipulate and agree that the court adopt the

27

28                                      1

1  following briefing schedule: petitioner's points and authorities will be due **February 4, 2010**,
2  respondent's points and authorities will be due **March 4, 2010**, and petitioner's reply will be due
3  on **April 4, 2010.**

4  DATED: January 13, 2010            /s/ Tim Warriner, Attorney for Petitioner,
5                                     ALFRED LEE GRAYSON

6  DATED: January 13, 2010            / s/ Janis McLean, Deputy Attorney General,
7

8                                    ORDER

9      GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby
10 ordered that petitioner's points and authorities will be due February 4, 2010, respondent's points
11 and authorities will be due March 4, 2010, and petitioner's reply will be due on April 4, 2010.
12 No further extensions will be granted.
13 DATED: January 15, 2010.

_____
U.S. MAGISTRATE JUDGE

2