Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for petitioner,
ALFRED LEE GRAYSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Lee Grayson, | Case No. Civ. S-03-1694 MCE KJM |
| Petitioner, | STIPULATION AND ORDER RE BRIEFING SCHEDULE |
| vs. | |
| Tom L Carey, Warden, | |
| Respondent. | |

This matter is in the District Court after remand from the Ninth Circuit. Pursuant to the remand order, the court is to consider the issue of procedural default, and if there is no procedural default, is to evaluate the confrontation clause claim pursuant to *Ohio* v. *Roberts*, 448 U.S. 56 (1980).

Respondent filed a response to petitioner's points and authorities on April 19, 2010. Petitioner and respondent, through their counsel, hereby stipulate and agree that petitioner's reply points and authorities will be due on June 19, 2010.

| | | |
|---|---|---|
| DATED: April 26, 2010 | | /s/ Tim Warriner, Attorney for Petitioner, Alfred Grayson |
| DATED: April 26, 2010 | | /s/ Janis McLean, Deputy Attorney General |

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that petitioner's reply points and authorities will be due June 19, 2010.

DATED: April 29, 2010.

_____
U.S. MAGISTRATE JUDGE

2