```
Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for petitioner,
ALFRED LEE GRAYSON
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| Alfred Lee Grayson,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>Tom L Carey, Warden,<br><br>　　　　　Respondent. | ) Case No. Civ. S-03-1694 MCE KJM<br>)<br>) STIPULATION AND ORDER RE<br>) BRIEFING SCHEDULE<br>)<br>)<br>)<br>)<br>)<br>) |

　　　This matter is in the District Court after remand from the Ninth Circuit.  Pursuant to the remand order, the court is to consider the issue of procedural default, and if there is no procedural default, is to evaluate the confrontation clause claim pursuant to *Ohio* v. *Roberts*, 448 U.S. 56 (1980).

　　　Respondent filed a response to petitioner's points and authorities on April 19, 2010.  Petitioner's counsel is in trial now in Sacramento County and needs additional time to complete briefing.  Petitioner and respondent, through their counsel, hereby stipulate and agree that the due date for petitioner's reply points and authorities be continued to August 18, 2010.

1

DATED: July 1, 2010 /s/ Tim Warriner, Attorney for Petitioner, Alfred Grayson

DATED: July 1, 2010 /s/ Janis McLean, Deputy Attorney General

ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, it is hereby ordered that petitioner's reply points and authorities will be due August 18, 2010.

DATED: July 6, 2010

_____
U.S. MAGISTRATE JUDGE